**SO ORDERED.**

**SIGNED this 28 day of September, 2011.**

_____
**JAMES D. WALKER, JR.
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO. 08-50669-JDW |
| BETTY TARPLEY, | ) | |
| | ) | |
| DEBTOR. | ) | |

**ORDER**

On June 23, 2009, the Court entered a Memorandum Opinion explaining its decision to overrule Debtor's objection to the claim of Discover Bank. It has come to the Court's attention that the opinion contains a clerical error. In the second sentence of the second paragraph under "Conclusions of Law," the opinion states that credit card debt is "subject to the four-year statute of limitations." It should properly read, "subject to the six-year statute of limitations." Although this error does not change the outcome of the case, and the opinion cites to the correct applicable statute, O.C.G.A. § 9-3-24, it may create confusion regarding the state of the law.

For the forgoing reasons, the Court ORDERS that its Memorandum Opinion entered on

June 23, 2009, is hereby amended to replace the phrase "four-year statute of limitations" with the phrase "six-year statute of limitations." In all other respects, the opinion and its accompanying order shall remain in full force and effect.

END OF DOCUMENT